```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JASPER LAKE VENTURES TWO LLC,                                          :
                                                                       :
                         Plaintiff,                                    :
                                                                       :           24-cv-7386 (LJL)
          -v-                                                          :
                                                                       :               ORDER
LOGAN A BEITLER,                                                       :
                                                                       :
                         Defendant.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2025
```

LEWIS J. LIMAN, United States District Judge:

At the initial pretrial conference on February 4, 2025, counsel for Plaintiff represented that a stipulation filed in a bankruptcy proceeding in the Central District of California extended Defendant's time to respond to the complaint in this action until February 21, 2025.

The initial pretrial conference is adjourned to March 7, 2025 at 2:00 PM. The parties shall file a proposed case management plan and scheduling order no later than one week prior to that date. The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use conference ID# 358639322.

SO ORDERED.

Dated: February 4, 2025
       New York, New York                           _____
                                                            LEWIS J. LIMAN
                                                       United States District Judge