UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASPER LAKE VENTURES TWO LLC,

                 Plaintiff,

-v-

LOGAN A. BEITLER, et al.,

                 Defendants.

CIVIL ACTION NO. 24 Civ. 7386 (LJL) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request to adjourn the June 5, 2025 Settlement Conference is **GRANTED**. (See ECF No. 25). The settlement conference scheduled for June 5, 2025 (ECF No. 23) is **ADJOURNED** to **Wednesday, July 30, 2025, at 2:15 p.m. ET** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 23 at 5-7) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **July 23, 2025**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 8).

The Clerk of Court is respectfully directed to close ECF No. 25.

Dated:    New York, New York
            June 2, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**