UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASPER LAKE VENTURES TWO LLC,

        Plaintiff,

 -v-

                   CIVIL ACTION NO. 24 Civ. 7386 (LJL) (SLC)

LOGAN A. BEITLER, et al.,           **ORDER**

        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

   Pursuant to the Telephone Conference held on August 13, 2025, on or before

**August 22, 2025**, Plaintiff shall file a status letter directed to the Honorable Lewis J. Liman

indicating how it intends to proceed with the litigation.

Dated:   New York, New York
     August 13, 2025

          SO ORDERED.

         _____
         SARAH L. CAVE
         **United States Magistrate Judge**