UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASPER LAKE VENTURES TWO LLC,

                    Plaintiff,

        -v-                                              CIVIL ACTION NO. 24 Civ. 7386 (LJL) (SLC)

                                                                         **ORDER**

LOGAN A. BEITLER, <u>et</u> <u>al.</u>,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

In light of Judge Liman's Opinion and Order at Dkt. No. 46 granting in part and denying in part Plaintiff's motion for summary judgment, (Dkt. No. 46), on or before **January 5, 2026**, the parties shall meet and confer and submit a joint letter to the undersigned indicating whether they wish to participate in another settlement conference.

Dated:      New York, New York
            December 17, 2025

                    SO ORDERED.

                    _____
                    SARAH L. CAVE
                    **United States Magistrate Judge**