

Michael J. Bonneville, Esq.
*Partner*
Phone: (646) 454-4124
Fax:    (212) 661-9397
mbonneville@kandfllp.com

**Kriss & Feuerstein** LLP

360 Lexington Avenue, New York, NY 10017

February 17, 2026

*Via ECF*

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United
States Courthouse
500 Pearl St.
New York, NY 10007-1312

---

Plaintiff's request at Dkt. No. 51 is **GRANTED**. The settlement conference previously scheduled for February 18, 2026, at 2:00 p.m. ET, (Dkt. No. 50), is **ADJOURNED** to **March 3, 2026 at 10:00 a.m. ET** and will take place <u>in-person</u>, in Courtroom 18A, 500 Pearl Street, New York, New York.

By **February 25, 2026**, the parties shall email an updated Attendance Acknowledgment Form (Dkt. No. 50 at 8), and any Electronic Device Order, (<u>see</u> Dkt. No. 50 at 1), to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) and opposing counsel. The Court is already in receipt of the parties' written submissions pursuant to paragraph 4 of the Standing Order. (Dkt. No. 50 at 2, 5). Accordingly, the parties are not required to email additional written submissions.

The Clerk of Court is respectfully directed to close Dkt. No. 51.

SO ORDERED.    February 17, 2026

SARAH L. CAVE
United States Magistrate Judge

---

Re:    Jasper Lake Ventures Two LLC v. Logan Beitler, et al.
       Case Number: 1:24-cv-07386-LJL

Dear Magistrate Judge Cave

   This firm is counsel to Jasper Lake Ventures Two LLC ("Plaintiff") the Plaintiff in the above referenced action.

   Plaintiff respectfully submits this letter to request an adjournment of the settlement conference currently scheduled for tomorrow, **February 18, 2026**. Due to an inadvertent calendaring error, our client is required to appear for a previously scheduled deposition on the same date, and he is unable to reschedule that deposition. This conflict was not identified until this morning.

   We have conferred with opposing counsel regarding this request. Opposing counsel has advised they are reaching out to their client but have not confirmed their agreement of this request at this time.

   We sincerely apologize for the short notice and any inconvenience this may cause the Court. This is Plaintiff's first request for an adjournment of the settlement conference, and we respectfully request that the conference be adjourned to a date convenient for the Court and the parties.

                              Respectfully submitted,

                              KRISS & FEUERSTEIN LLP

                       By:    */s/ Michael J. Bonneville*
                              Michael J. Bonneville, Esq.

cc:    *Counsel of record for all appearing parties via ECF*

4896-5131-9696, v. 2