UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASPER LAKE VENTURES TWO LLC,

                Plaintiff,

    -v-

LOGAN A. BEITLER, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 7386 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 3, 2026, the Court held an in-person settlement conference, which did not result in a settlement.  (Dkt. No. 52; Dkt. minute entry dated March 3, 2026).  On or before **April 16, 2026**, the parties shall file a joint letter to the Honorable Lewis J. Liman proposing how they plan to move the case forward, including any dispositive motions and/or trial.

Dated:     New York, New York
           April 9, 2026

                      SO ORDERED.

                      SARAH L. CAVE
                      **United States Magistrate Judge**