USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASPER LAKE VENTURES TWO LLC,

Plaintiff,

-v-

LOGAN A BEITLER, et al.,

Defendants.

24-cv-7386 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter yesterday, October 6, 2026. This Order memorializes the rulings made at the conference:

Pending before the Court is Plaintiff's motion for summary judgment with respect to Plaintiff's damages. Dkt. No. 55. A stay was entered in this case upon receipt of a letter dated July 27, 2026 indicating that the parties had reached a settlement that they expected to document and consummate within thirty days. Dkt. No. 67. On September 22, 2026, counsel for Plaintiff informed the Court that settlement negotiations had broken down and that Plaintiff now intends to move forward with its pending motion for summary judgment. Dkt. No. 70.

By no later than October 8, 2026, Plaintiff must file a letter with the Court with its calculations with respect to the interest, fees, and costs that it seeks to recover. The Court shall deem the Rule 56.1 statement amended to reflect such calculations, and Defendants may respond to the calculations in their response to the motion for summary judgment. Defendants shall respond to Plaintiff's pending motion for summary judgment and make any cross-motion to enforce the settlement agreement they allegedly reached with Plaintiff by October 30, 2026. Plaintiff may file a reply in support of its motion for summary judgment and any opposition to

Defendants' anticipated cross-motion to enforce the settlement agreement by no later than November 17, 2026. Defendants may file a reply in support of their cross-motion by no later than November 25, 2026.

The Clerk of Court is respectfully directed to enter an order lifting the stay in this case.

SO ORDERED.

Dated: October 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge